# ADDENDA.

HANOVER FIRE INSURANCE COMPANY v. TOMLINSON, appellant.

*Action upon judgment — order allowing not appealable.*

An order giving plaintiff leave to bring an action against defendant upon a judgment for a deficiency upon a foreclosure sale, and for the amount of deficiency appearing by the referees' report in an action between the same parties, *held*, not an appealable order.

*Tomlinson, Winsor* and *Marsh*, for appellants.

*Tracy, Wait* and *Olmstead*, for respondents.

PER CURIAM. (First Department.)

The opinion is exceedingly brief, and is contained wholly in the head note.